**Jason K. Singleton** State Bar #166170
**Richard E. Grabowski,** State Bar #236207
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**

**Attorneys for Plaintiff, TED ROBINSON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TED ROBINSON,**<br><br>        **Plaintiff,**<br>**v.**<br><br>**TACH RESTAURANT GROUP, INC., a California corporation, dba TOURIST CLUB,**<br><br>        **Defendants.** | Case No. 2:06-CV-00374-WBS-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (**~~Proposed~~**) ORDER** |

　　　　Plaintiff **TED ROBINSON** and Defendants **TACH RESTAURANT GROUP, INC.,** dba **TOURIST CLUB** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

　　　　1.　　The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

　　　　2.　　Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

　　　　　　　　　　　　　　　　　　　**SINGLETON LAW GROUP**

Dated:　　December 21, 2006　　　　　　/s/ Jason K. Singleton
　　　　　　　　　　　　　　　　　　　Jason K. Singleton, Attorney for

STIPULATION AND ORDER OF DISMISSAL　　　　1　　　　**2:06-CV-00374-WBS-KJM**

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff, **TED ROBINSON**

**HALE LANE**

Dated:   December 21, 2006            /s/ Patricia Halstead

PATRICIA C. HALSTEAD, Attorneys for Defendants, **TACH RESTAURANT GROUP, INC., dba TOURIST CLUB**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action **TED ROBINSON VS. TACH RESTAURANT GROUP, INC.,** et al., Case Number **2:06-cv-00374-WBS-KJM** is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated:  December 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com